United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-50266
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAFAEL MANUEL DOPORTO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-1582-2
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Rafael Manuel Doporto
has requested leave to withdraw and has filed a brief as required
by Anders v. California, 386 U.S. 738 (1967). Doporto has not
filed a response to counsel's Anders motion.

Our independent review of the brief and the record discloses
no nonfrivolous issue. Accordingly, the motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED. See 5TH
CIR. R. 42.2.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.